No. 421. THE MINNEAPOLIS & ST. LOUIS RAILROAD
COMPANY, PLAINTIFF IN ERROR, v. EMMA F. NASH, AS

ADMINISTRATRIX OF THE ESTATE OF JOHN EVERETT NASH, DECEASED. In error to the Supreme Court of the State of Minnesota. Argued December 5, 1916. Decided January 8, 1917. *Per Curiam.* Judgment reversed with costs upon ·the authority of *Delaware, Lackawanna & Western Railroad Co.* v. *Yurkonis,* 238 U. S. 439; *Shanks* v. *Delaware, Lackawanna & Western R. R. Co.,* 239 U. S. 556; *Chicago, Burlington & Quincy R. R. Co.* v. *Harrington,* 241 U. S. 177, 180. See *Illinois Central R. R. Co.* v. *Cousins,* 241 U. S. 641. *Mr. William H. Bremner* and *Mr. Frederick M. Miner* for the plaintiff in error. *Mr. Humphrey Barton* for the defendant in error.